# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

June 13, 2019

**VIA FACSIMILE**
Honorable Judge Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Deeyazen Abdulla**
      **19 Mag. 5056 (UA)**

Honorable Judge Parker:

I write with the consent of the Government to respectfully request that the Court extend the deadline for securing three cosigners on Mr. Abdulla's bond by one week, until Thursday, June 20th, 2019.

On June 6, 2019, Magistrate Judge Gabriel W. Gorenstein released Mr. Abdulla on his own signature and imposed the following bail conditions, *inter alia*: a $50,000 personal recognizance bond, cosigned by three financially responsible persons; travel restricted to SDNY/EDNY; surrender of all travel documents with no new applications; pretrial supervision and curfew enforced by electronic monitoring as directed by Pretrial Services. Mr. Abdulla's bail conditions were to be met by Thursday, June 13, 2019.

We respectfully ask for an additional week to schedule cosigner interviews with the Government and secure three cosigners to the bond.

Thank you for your consideration of this matter.

Respectfully submitted,

Mark Gombiner
Assistant Federal Defender
(212) 417-8718

SO ORDERED:

*Katherine H. Parker*
**HONORABLE KATHERINE H. PARKER**
**UNITED STATES MAGISTRATE JUDGE**

cc:   AUSA Nathan Rehn (by e-mail)